UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-8751-MAN | Date | January 10, 2011 |
|---|---|---|---|
| Title | *Elaine Coleman, et al. v. Weltman, Weinberg & Reis Co. L.P.A.* | | |

Present: The Honorable  MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE

| E. Carson | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

   The Court, on its own motion, hereby ORDERS plaintiffs, to show cause in writing by no later than January 24, 2011  why this action should not be dismissed for lack of prosecution as to defendant Weltman, Weinberg & Reis Co.

   As an alternative to a written response by plaintiffs, the Court will consider the filing of an Answer by the defendant or plaintiffs' request for entry of default as a response to this OSC, on or before the above date.

   It is plaintiffs' responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 12 to respond.  If necessary, plaintiffs must also pursue Rule 55 remedies promptly upon the default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court.  Local Rule 3.11.

   No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiffs is due.


cc:    All parties of record

                                                                                                      :
                                           Initials of Preparer                        efc